# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINA DE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 17-1561 MRW<br><br>JUDGMENT |

It is the judgment of this Court that this action is DISMISSED with prejudice as untimely pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: December 8, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE